# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH
### NO. 02-14-00120-CR
### NO. 02-14-00121-CR


JON PAUL REYES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Jon Paul Reyes attempts to appeal his plea-bargained convictions of possession of a controlled substance of one gram or more but less than four grams. The trial court's certifications of his right to appeal each state that this "is a plea-bargain case, and the defendant has NO right of appeal."

On April 1, 2014, this court notified appellant about the statement on the trial court's certifications and informed him that unless he or any party desiring to

---

[1]*See* Tex. R. App. P. 47.4.

continue the appeals filed with the court, on or before April 11, 2014, a response showing grounds for continuing the appeals, the appeals could be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3.  Appellant filed a response, but it does not show grounds for continuing the appeals.  Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 8, 2014